judicial department, entered May 21, 1926, which affirmed an order of the Kings County Court granting defendant's motion to dismiss the complaint.

, The motion was made upon the ground of failure to file the required undertaking.

*Walter M. Effross* for motion.
*Emanuel Rosenstein* opposed.

Motion denied on payment of ten dollars costs by appellant; otherwise, granted and appeal dismissed, with costs and ten dollars costs of motion.

---

MORRIS CHERNUCHIN, Doing Business under the Firm Name of THE STAR SODA WATER APPARATUS COMPANY, Respondent, *v.* BENJAMIN BARKIN, INC., Appellant, Impleaded with Another.

*Appeal — order of Appellate Division reversing order granting new trial on ground of newly-discovered evidence discretionary — appeal to Court of Appeals dismissed.*

*Chernuchin* v. *Barkin, Inc.*, 216 App. Div. 835, appeal dismissed. (Submitted October 4, 1926; decided October 12, 1926.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1926, which reversed an order of Special Term granting a motion for a new trial upon the ground of newly-discovered evidence.

The motion was made upon the ground that the order appealed from was discretionary and, therefore, the Court of Appeals had no jurisdiction to entertain the appeal.

*Charles Berlin* for motion.
*Reuben Dorfman* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.